UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DEE'S PLUMBING & CONSTRUCTION, INC., | ) ) | CASE NO. 10-76007 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION AND MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE

The Debtor, DEE'S PLUMBING & CONSTRUCTION, INC., has filed a Motion for Final Decree, Certificate of Confirmation and to Close Chapter 11 Case with the Court in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **May 27, 2015 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **May 27, 2015 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: April 21, 2015                                    /s/ Stephen G. Balsley
                                                          STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

**PROOF OF SERVICE**

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 21st day of April, 2015.

*/s/ Cindy M. Thompson*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

Label Matrix for local noticing
0752-3
Case 10-76007
Northern District of Illinois
Rockford
Tue Jan 27 11:22:33 CST 2015

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Dee's Plumbing & Construction, Inc.
10565 Product Drive, Unit B
Machesney Park, IL 61115-1453

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

U.S. Bankruptcy Court
Western Division
327 South Church Street
Rockford, IL 61101-1320

American Express - Blue
PO Box 0001
Los Angeles, CA 90096-8000

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Attorney Kim Casey
Riverside Community Bank
PO Box 589
Rockford, IL 61105-0589

CJ Newburn
8034 Renee
Roscoe, IL  61073

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Fergusons
c/o Attorney Herbert Greene
401 W. State St., Ste 600
Rockford, IL 61101-1228

HSBC Bank Nevada, N.A. (Menards)
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC/Menards
PO Box 5219
Carol Stream, IL 60197-5219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kari Wheaton
12876 Derrick Drive
South Beloit, IL  61080

Kris Lamendola
5776 Vesper Drive
South Beloit, IL 61080-2346

Midwest Stone
913 23rd Street
Rockford, IL  61108

Plainwell Brass
101 E. Second Avenue
Sterling, IL 61081-3904

Riverside Community Bank
c/o Kim Casey
Holmstrom & Kennedy PC
P.O. Box 589
Rockford, IL 61105-0589

Rosemary Biasi
4275 Peace Pipe
Rockford, IL 61101-6121

Siabaugh & Sons
8686 Carredale
Caledonia, IL 61011-9424

Treasurer County of Winnebago
400 W. State Street
Rockford, IL 61101-1221

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Stephen G Balsley
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108-2582

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DEE'S PLUMBING & CONSTRUCTION, | ) | |
| INC., | ) | CASE NO. 10-76007 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE

NOW COMES the Debtor, DEE'S PLUMBING & CONSTRUCTION, INC., by their attorneys, BARRICK, SWITZER, LONG, BALSLEY and VAN EVERA, and moves the Court for Final Decree, and in support thereof states as follows:

1. The Chapter 11 proceeding was commenced by filing a Petition with this Court on December 8, 2010.

2. The Court confirmed the Debtor's Chapter 11 Plan of Reorganization on November 23, 2011.

3. Administrative claims have been paid in full as provided by the Plan.

4. The Debtor has paid all of the fees due to the United States Trustee, and is ready, willing and able to pay any final fee due to the United States Trustee upon receipt of a statement from the United States Trustee as to the amount due.

5. There is no reason to keep the Chapter 11 case open.

WHEREFORE, the Debtor moves the Court to enter a Final Decree and to close this case.

/s/ Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
  **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687