UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

In Re:  )  BK No.: 10-76007

DEE'S PLUMBING & CONSTRUCTION, )

INC.,  )  Chapter: 11

)  Honorable Thomas M. Lynch

)

)

Debtor(s)  )

## FINAL DECREE AND CERTIFICATE OF CONFIRMATION AND ORDER CLOSING CASE

THIS CAUSE coming on to be heard upon the Debtor's Motion for Final Decree, and an Order of Substantial Consummation, and all interested persons having received notice, and the Court being fully advised in the premises; FINDS:

1. An Order was entered confirming the Debtor's Chapter 11 Plan of Reorganization on November 23, 2011.
2. Notice of the Debtor's Application for Final Decree and an Order has been given to all persons and entities entitled to notice.
3. There is no reason to keep the Chapter 11 case open.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED:

A. The Debtor is released from all of its dischargeable debts and liabilities except as provided in the Plan and Order Confirming the Plan.

B. The estate and case is hereby closed effective May 27, 2015.

Enter:

Honorable Thomas M. Lynch

Dated: May 27, 2015                         United States Bankruptcy Judge

**Prepared by:**

Stephen G. Balsley
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687